THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAISY OCHAVIDOMADAYAG,<br><br>Plaintiff,<br><br>v.<br><br>GCM NORTH AMERICAN AEROSPACE, LLC, et al.,<br><br>Defendant. | CASE NO. 2:16-cv-01965-JLR<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE** |

This matter came before the Court on the parties' Stipulated Motion to Dismiss with Prejudice (Dkt. # 16). Based on the Stipulation, IT IS ORDERED that the Stipulated Motion to Dismiss with Prejudice is GRANTED. Plaintiffs' claims against Defendant GCM North American Aerospace, LLC are dismissed with prejudice and without an award of fees or costs to any party.

SO ORDERED this 7th day of December 2017.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING MOTION TO DISMISS
(Case No. 2:16-cv-01965-JLR) - 1